UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **MAGISTRATE NO. 21-MJ-0021-HKS** |
| : | |
| **THOMAS F. SIBICK,** : | |
| Defendant. : | |

**TRANSPORT ORDER**

It is hereby **ORDERED** that the United States Marshals Service transport the defendant Thomas Sibick forthwith from the Western District of New York to the District of Columbia for further proceedings in this matter.

DATE: March 17, 2021

_____
HON. H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

1